1  Charles L. Coleman III (SBN 65496)
   Adanna Love (SBN 280538)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California  94111
   Telephone: (415) 743-6900
4  Facsimile:  (415) 743-6910
   charles.coleman@hklaw.com
5  adanna.love@hklaw.com

6  Attorneys for Plaintiff
   ROLLS-ROYCE plc
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 ROLLS-ROYCE plc,                          Civil Action No.

13              Plaintiff,              COMPLAINT FOR TRADEMARK
                                        INFRINGEMENT, FALSE DESIGNATION
14    vs.                              AND FALSE DESCRIPTION,
                                        TRADEMARK DILUTION UNDER
15 ROYCE A. DAVIS, individually and doing   FEDERAL AND STATE LAW, COMMON
   business as 'Rolls' Royce Tattoo Studio and  LAW UNFAIR COMPETITION AND
16 Art Gallery, Rolls Royce Studios, Rolls Royce  VIOLATION OF CAL. BUS. & PROF.
   Tattoo, Rolls Royce Tattoos and         CODE §§ 17200, ET SEQ.
17 www.rollsroycetattoos.com,

18              Defendant.

19       Plaintiff ROLLS-ROYCE plc sues defendant ROYCE A. DAVIS, individually and doing

20 business as 'Rolls' Royce Tattoo Studio and Art Gallery, Rolls Royce Studios, Rolls Royce Tattoo,

21 Rolls Royce Tattoos and www.rollsroycetattoos.com (hereinafter "Defendant") and alleges as

22 follows:

23                     **INTRODUCTION**

24       1.      Plaintiff Rolls-Royce plc seeks injunctive and monetary relief against Defendant for

25 trademark infringement, false designation of origin, unfair competition, deceptive trade practices

26 and trademark dilution with regard to plaintiff's famous Rolls-Royce trademark.  Defendant has

27 violated, and continues to violate, the Federal Trademark Act of 1946, as amended, and California

28 statutory and common law, by misappropriating Plaintiff's famous name and mark as the name of

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-1-

COMPLAINT                                    Case No. _____

Defendant's tattoo studio and art gallery business, "Rolls Royce Tattoo Studio and Art Gallery",

"Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and

www.rollsroycetattoos.com and, in the use of the trademark ROLLS-ROYCE.

## JURISDICTION

2.      This Court has subject matter jurisdiction under Section 39 of the Trademark Act of 1946, 15 U.S.C. § 1121 (the "Lanham Act"), 28 U.S.C. §§ 1331, 1332 and 1338; and has supplemental jurisdiction under 28 U.S.C. § 1367 for the state law claims because these claims derive from the same nucleus of operative facts as the federal claims.

3.      This Court has personal jurisdiction over Defendant because, upon information and belief, he is a citizen of the United States, resides in Lake County, State of California and conducts business in Lake County, State of California.

4.      Upon information and belief, Defendant is located in this district.  Therefore, venue is proper in accordance with 28 U.S.C. § 1391.

## INTRADISTRICT ASSIGNMENT

5.      Assignment of this case to the San Francisco Division is appropriate under Local Rule 3-2(d) in that this action arises out of activities occurring in Lake County, California and Defendant, on information and belief, resides in Lake County, California.  Assignment to the San Francisco Division also is consistent with Local Rule 3-2(c) and General Order No. 44 (Assignment Plan), paragraph D.3, because this complaint includes trademark claims.

## THE PARTIES

6.      Plaintiff Rolls-Royce plc is a corporation organized and existing under the laws of England, with its principal place of business at 65 Buckingham Gate, London, England, SW1E 6AT, and is in the business of manufacturing gas turbine engines for use in aircraft and for other purposes in other businesses characterized by a high degree of technology and attention to quality.

7.      Upon information and belief, Defendant is a citizen of the United States, resides in Lake County, State of California, and does business under the business style " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and "www.rollsroycetattoos.com," with an office for business which operates an art gallery and sells

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-2-

1 custom body tattooing and body piercing in the State of California, Lake County, located at 14260

2 Lakeshore Drive, Clearlake, California 95422.

3 **THE TRADEMARKS**

4     8.     Since at least 1907 and continuously to date, plaintiff Rolls-Royce plc and its

5 predecessor in interest has adopted and used in commerce the world famous name and mark

6 "ROLLS-ROYCE" (the "Rolls-Royce Name and Mark"), the Rolls-Royce insignia of the

7 interlocked letters "RR," and the "ROLLS-RR-ROYCE" badge (collectively, the "Rolls-Royce

8 Marks") in connection with its business operations.  Copies of the Rolls-Royce Marks are

9 reproduced and annexed hereto as Exhibit A.

10     9.     Plaintiff Rolls-Royce plc is the owner of several United States trademark and service

11 mark registrations for the Rolls-Royce Marks, all of which have been registered or renewed and

12 remain in full force and effect, for a wide variety of products and services, which include among

13 other things internal combustion engines, repair and maintenance of automobiles and aircraft

14 engines, model toy cars, club services, namely promoting the interests of motor car enthusiasts,

15 engineering and technical and business consultation services, training services in the field of

16 operations, maintenance and repair of gas turbine engines, ties, baseball hats, golf shirts, and

17 sweatshirts, notebooks and diaries, golf umbrellas, tote bags, key fobs, clutch purses, briefcases and

18 wallets:

| Mark | Number | Original Date of Issue | Exhibit |
|---|---|---|---|
| "Rolls-Royce" | 325,316 | June 18, 1935 | B |
| Letters "RR" | 343,053 | February 9, 1937 | C |
| "Rolls-Royce" | 912,848 | June 8, 1971 | D |
| "Rolls-RR-Royce" | 1,068,022 | June 21, 1977 | E |
| Letters "RR" | 1,068,023 | June 21, 1977 | F |
| "Rolls-RR-Royce" | 1,160,411 | July 7, 1981 | G |
| "Rolls-Royce" | 1,257,391 | November 15, 1983 | H |
| "Rolls-RR-Royce" | 1,275,757 | May 1, 1984 | I |
| Letters "RR" | 1,974,772 | May 21, 1996 | J |
| "Rolls-RR-Royce" | 1,946,820 | January 9, 1996 | K |
| "Rolls-Royce" | 3,995,473 | July 19, 2011 | L |
| Letters "RR" | 3,862,326 | October 19, 2010 | M |
| "Rolls-RR-Royce" | 3,812,394 | July 6, 2010 | N |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-3-

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

Pursuant to Section 15 of the Trademark Act of 1946, as amended (15 U.S.C. § 1065), the rights to the use of the enumerated registered Marks are all incontestable (with the exception of the last three for which sufficient time has not elapsed) and are conclusive evidence of Plaintiff Rolls-Royce plc's exclusive right to use the marks shown therein in commerce as provided by §§ 15 and 33(b) of the Lanham Act, 15 U.S.C. §§ 1065 and 1115(b).  True copies of the registrations of the Marks enumerated above are attached hereto as Exhibits B through N, respectively, and made a part hereof.

10.    The enumerated registered Rolls-Royce Marks are *prima facie* evidence of the validity and ownership thereof and are constructive notice of the ownership of the Rolls-Royce Marks, all as provided by §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 1057(b) and 1072.

11.    Plaintiff and its related companies make use of their Rolls-Royce Marks through appropriate licenses and permissions.  All use of the Rolls-Royce Marks by Plaintiff's related companies inures to the benefit of Plaintiff within the meaning of § 5 of the Federal Trademark Act, 15 U.S.C. § 1055.

12.    Plaintiff and its predecessor in interest have spent well over three quarters of a century producing goods and rendering services recognized in the United States and throughout the world to be of the highest quality, and have expended large sums of money for worldwide advertising of their products and services.

13.    By reason of these efforts and care, and the excellent quality of Rolls-Royce products and services, the Rolls-Royce Marks have become unique and are identified by the public with Plaintiff and its products and services.  Accordingly, Plaintiff enjoys an exceedingly valuable reputation and goodwill in the United States and throughout the world, not only among purchasers of its products and users of their services, but also among other members of the public.

14.    As a result of the foregoing efforts and investment, the Rolls-Royce Marks have become famous and distinctive.

15.    The Rolls-Royce Marks have been recognized as famous and distinctive by courts and by the public long before Defendant appropriated the Rolls-Royce marks to his use.

-4-

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

**DEFENDANT'S WRONGFUL CONDUCT**

16.    Notwithstanding Plaintiff's well-known and prior established rights in the Rolls-Royce Marks, Defendant has been engaged in the business of operating an art gallery and selling custom body tattooing and body piercing in interstate commerce and the State of California under the names and marks " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and www.rollsroycetattoos.com (collectively, "Defendant's Names and Marks").  Annexed hereto as Exhibit O is a copy of the Defendant's website at www.rollsroycetattoos.com reflecting Defendant's current use of the Rolls-Royce Name and Mark in his business title and as a trademark.

17.    Defendant's use of Plaintiff's world famous Rolls-Royce Name and Mark in his business title constitutes a reproduction, copy or colorable imitation of Plaintiff's registered Rolls-Royce Name and Mark.

18.    At and since the time Defendant commenced use of Defendants' Names and Marks, which are confusingly similar to Plaintiff's Rolls-Royce Name and Mark, Defendant knew of Plaintiff's Rolls-Royce Name and Mark and the fame thereof.

19.    Defendant does not have, and never has had, authority from Plaintiff to make any use of any of Plaintiff's Rolls-Royce Name and Mark in his business title or as trademarks.

20.    Defendant is using Plaintiff's Rolls-Royce Name and Mark in his business name to trade off the goodwill of Plaintiff's business and is using in commerce the Rolls-Royce Name and Mark without authorization and in violation of Plaintiff's exclusive rights.

21.    On information and belief, Defendant adopted Plaintiff's Rolls-Royce Name and Mark in his business title and as a trademark for the purpose of deceiving, misleading and confusing the public and to induce the public to believe that Defendant and his business was sponsored, licensed by or otherwise approved by or connected with Plaintiff.

22.    Defendant's adoption of Plaintiff's Rolls-Royce Name and Mark in his business names and marks, " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and "www.rollsroycetattoos.com" is likely to confuse and

COMPLAINT                                    Case No. _____

1  deceive the public, and will enable Defendant to capitalize unfairly on the reputation and substantial

2  goodwill owned by Plaintiff.

3       23.    Because of the said acts of Defendant, the public is likely to be deceived, misled and

4  confused into belief that Defendant is part of or is authorized or sponsored by Plaintiff and that the

5  services rendered or products sold by Defendant to the public would be of a superior quality

6  consistent with Plaintiff's reputation and goodwill.

7       24.    Defendant's use of Plaintiff's famous and distinctive Rolls-Royce Name and Mark in

8  his business names and marks, " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce

9  Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and "www.rollsroycetattoos.com" in his

10  tattooing, body-piercing and related businesses is likely to cause dilution by blurring or dilution by

11  tarnishment of Plaintiff's Rolls-Royce Name and Mark.

12       25.    Prior to commencement of this action, Plaintiff made repeated demands upon

13  Defendant to cease its unlawful acts and to desist from use of the name "Rolls Royce Tattoo Studio

14  and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and

15  "www.rollsroycetattoos.com", and reproductions, copies, counterfeits or colorable imitations

16  thereof, as part of his business title and trademarks, or in any other manner in connection with his

17  business, but Defendant has not done so.

18  **FIRST CLAIM**

19  **Trademark Infringement Under Section § 32(1) of the Lanham Act**

20       26.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1

21  through 25 of this Complaint with the same force and effect as if fully set forth herein.

22       27.    Defendant's actions constitute infringement of the name and trademark "ROLLS-

23  ROYCE in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

24       28.    Defendant's infringing conduct is causing Plaintiff irreparable damage in an amount

25  yet to be determined.

26       29.    Unless enjoined, the continued conduct of Defendant in derogation of the rights of

27  Plaintiff will cause additional damage, harm and injury to Plaintiff for which it has no adequate

28  remedy at law, and will destroy or substantially impair the rights and property of Plaintiff.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-6-

COMPLAINT                                    Case No. _____

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

1

**SECOND CLAIM**

2

**False Designation of Origin and False Description Under Section 43(a) of the Lanham Act**

3    30.    Plaintiff repeats and realleges each and every allegation contained in paragraph 1

4    through 25 of this Complaint as if fully set forth herein.

5    31.    Notwithstanding the well-known and prior established rights in the trade name and

6    trademark "ROLLS-ROYCE", Defendant adopted and commenced use of the confusingly similar

7    trade name and trademark " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce Studios",

8    "Rolls Royce Tattoo", "Rolls Royce Tattoos" and "www.rollsroycetattoos.com" in the manner

9    hereinabove alleged.

10    32.    Defendant's use of a reproduction, copy, counterfeit or colorable imitation of the

11    name and trademark "ROLLS-ROYCE" tends falsely to designate, describe or represent the origin

12    of the goods and services Defendant sells in commerce, in that it tends to attribute the origin of such

13    goods and services to Plaintiff or falsely creates some connection between Plaintiff and Defendant.

14    33.    Defendant's use of a reproduction, copy, counterfeit or colorable imitation of the

15    name and trademark "ROLLS-ROYCE" constitutes a false designation of origin or false description

16    of goods or services in violation of Section 43(a) of the Lanham Act, 15 U.S. C. § 1125(a), and is

17    causing Plaintiff irreparable damage in an amount yet to be determined.

18    34.    Defendant's acts constitute the use in commerce of false designations of origin and

19    false and/or misleading descriptions or representations, tending to falsely or misleadingly describe

20    and/or represent Defendant's products as those of Plaintiff in violation of Section 43(a) of the

21    Lanham Act, 15 U.S.C. § 1125(a).

22    35.    Unless enjoined, the continued conduct of Defendant in derogation of the rights of

23    Plaintiff will cause additional damage, harm and injury to Plaintiff for which it has no adequate

24    remedy at law, and will destroy, injure, dilute or substantially impair the rights and property of

25    Plaintiff.

26    //

27    //

28    //

-7-

COMPLAINT                                                    Case No. _____

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

## THIRD CLAIM

### Trademark Dilution Under Section 43(c) of the Lanham Act

36.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 25 and of this Complaint with the same force and effect as if fully set forth herein.

37.     Plaintiff is the owner of the Rolls-Royce Marks and by reason of its efforts and care, and the excellent quality of Rolls-Royce products and services, the Rolls-Royce Marks have become famous.

38.     Defendant's use of reproductions, copies, counterfeits or colorable imitations of the "ROLLS-ROYCE" name and trademark occurred subsequent to adoption and use of the Rolls-Royce Marks by Plaintiff in California and the United States, and subsequent to the "ROLLS-ROYCE" name and Rolls-Royce Marks becoming famous.

39.     Defendant's use of " 'ROLLS' ROYCE" AND "ROLLS ROYCE" in his trade name and in his marks " 'Rolls' Royce Tattoo Studio and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and "www.rollsroycetattoos.com" has injured and unless enjoined, will continue to injure Plaintiff in its business, reputation and goodwill by diluting, rendering less valuable, or impairing the distinctive, unique and singular quality of the name "ROLLS-ROYCE" and the Rolls-Royce Marks.

40.     The actions of Defendant constitute dilution of the distinctive quality of the name "ROLLS-ROYCE" and the Rolls-Royce Marks in violation of the rights of Plaintiff as defined in Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

41.     Unless enjoined, the continued conduct of Defendant in derogation of the rights of Plaintiff will cause additional damage, harm and injury to Plaintiff for which it has no adequate remedy at law, and will destroy, injure, dilute or substantially impair the rights and property of Plaintiff.

## FOURTH CLAIM

### Trademark Dilution Under California Anti-Dilution Statute (Cal. Bus. & Prof. Code §14247)

42.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 41 of this Complaint with the same force and effect as if fully set forth herein.

-8-

43.     The actions of Defendant constitute dilution of the distinctive quality of the name "ROLLS-ROYCE" and the Rolls-Royce Marks in violation of the rights of Plaintiff as defined in the California Anti-Dilution Statute (Cal. Bus. & Prof. Code §14247).

44.     Unless enjoined, the continued conduct of Defendant in derogation of the rights of Plaintiff will cause additional damage, harm and injury to Plaintiff for which it has no adequate remedy at law, and will destroy, injure dilute or substantially impair the rights and property of Plaintiff.

## FIFTH CLAIM

### Unfair Competition (Common Law of California)

45.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 41 of this Complaint with the same force and effect as if fully set forth herein.

46.     Plaintiff is the owner of the name "ROLLS-ROYCE" and the Rolls-Royce Marks and by virtue of their adoption and continuous use for many decades in the United States and throughout the world, is entitled to all the rights attaching to these marks at common law.

47.     The actions of Defendant constitute trademark infringement and unfair competition with Plaintiff and are a violation of the rights of Plaintiff under the common law of California.

48.     Unless enjoined, the continued conduct of Defendant in derogation of the rights of Plaintiff will cause additional damage, harm and injury to Plaintiff for which it has no adequate remedy at law, and will destroy, injure, dilute or substantially impair the rights and property of Plaintiff.

## SIXTH CLAIM

### Unfair Competition Under Cal. Bus. & Prof. Code §§17200, *et seq.*

49.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 26 of this Complaint with the same force and effect as if fully set forth herein.

50.     The actions of Defendant constitute unlawful, unfair and fraudulent business practices under California Business & Professions Code §§17200, *et. seq.*, in that Defendant's unauthorized use of Defendant's Names and Marks is violative of the Lanham Act and the California Anti-Dilution Statute as set forth above, is unfair to Plaintiff, and is fraudulent or

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-9-

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

1 deceptive to the extent it suggests, falsely, that Defendant's Names and Marks are in any way

2 associated with, or authorized by Plaintiff.

3     51.    Defendant's continued use of Defendant's Names and Marks, particularly in light of

4 Plaintiff's demand that Defendant cease such use, is willful.

5     WHEREFORE, Plaintiff prays that this Court:

6     A.    Enter judgment for Plaintiff on its claims;

7     B.    Enjoin Defendant and his officers, agents, employees, servants, successors and

8 assigns, and all other persons in active concert or participation with him, during the pendency of

9 this action and permanently thereafter, from using the names " 'Rolls' Royce Tattoo Studio and Art

10 Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce Tattoos" and

11 www.rollsroycetattoos.com, the mark ROLLS-ROYCE, or any other reproduction, copy, or

12 colorable imitation of the Rolls-Royce Marks or name, or any of them, in any manner in connection

13 with the conduct of his business, website or domain name, either alone or in conjunction with other

14 words; and from making any other representation or taking any other action that may lead the

15 public to believe that the business being conducted by Defendant under the name " 'Rolls' Royce

16 Tattoo Studio and Art Gallery", "Rolls Royce Studios", "Rolls Royce Tattoo", "Rolls Royce

17 Tattoos" and "www.rollsroycetattoos.com" is the business of Plaintiff or of any of its authorized

18 representatives, or is in any way affiliated or connected therewith;

19     C.    Directing Defendant to obliterate, delete and remove the word "Rolls" in proximity

20 to "Royce" and the words "Rolls Royce", " 'Rolls' Royce", "Rolls-Royce" or any similar variant

21 thereof from his website, domain name, business offices, stationery, telephone and other listings,

22 signs, advertising, promotional material and wherever else the same appears or is displayed for

23 commercial use, and to destroy or to surrender to Plaintiff any and all commercial materials in his

24 possession or subject to his control wherein the foregoing words or other Rolls-Royce Marks may

25 appear;

26     D.    Order Defendant to change his business name and to cause the cancellation,

27 withdrawal or amendment of all filings, licenses and permits issued by or with federal, state or local

28 governmental authorities or agencies so as to omit the names " 'Rolls' Royce", "Rolls Royce"

-10-

1   "ROLLS-ROYCE", and the Rolls-Royce Marks or any of them, or any reproduction, copy,

2   counterfeit or colorable imitation thereof, from his business title;

3       E.    Order Defendant to render an accounting to Plaintiff of all business conducted by

4   him under Defendant's Names and Marks and further require him to pay damages sustained by

5   Plaintiff by reason of the unlawful use of said business names and marks, as well as all profits

6   realized by Defendant by reason of such use;

7       F.    Award to Plaintiff enhanced damages for willful infringement in the amount of

8   $100,000;

9       G.    Award to Plaintiff its costs and disbursements in this action and reasonable

10   attorneys' fees; and

11       H.    Award to Plaintiff such other, further, and different relief as may be just and proper.

12   Dated:  August 29, 2012           HOLLAND & KNIGHT LLP

13

14

15   Charles L. Coleman III
     Adanna Love

16   Attorneys for Plaintiff
     ROLLS-ROYCE plc

17   Of Counsel:

18

19   Ruth L. Lansner
     HOLLAND & KNIGHT LLP

20   31 West 52nd Street
     New York, New York 10019

21   Telephone:  (212) 513-3440
     Facsimile:   (212) 385-9010

22   ruth.lansner@hklaw.com

23

24

25

26

27

28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-11-

**EXHIBIT A**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP  PREV LIST  CURR LIST

NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:              OR  Jump  to record:       **Record 1 out of 31**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ROLLS-ROYCE

| | |
|---|---|
| **Word Mark** | ROLLS-ROYCE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Club services, namely, promoting the interests of motor car enthusiasts; advertising services. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 037. US 100 103 106. G & S: Technical advisory services in the field of maintenance and repair of motor cars. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 041. US 100 101 107. G & S: Educational services, namely, conducting discussion forums and providing courses offering technical information in the field of maintenance and repair of motor cars; museum services; library services; services of a motor car club, namely, organizing and conducting meetings and events of a social nature. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 043. US 100 101. G & S: Reservation of tourist accommodation, namely, arranging temporary housing accommodation. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76703386 |
| **Filing Date** | June 15, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 3, 2011 |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:           OR  Jump  to record:          **Record 2 out of 31**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | RR |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: MODEL TOY CARS. FIRST USE: 19780101. FIRST USE IN COMMERCE; 19780101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETS-1 RR A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 76698443 |
| **Filing Date** | July 16, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 3, 2010 |
| **Registration Number** | 3862326 |
| **Registration Date** | October 19, 2010 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE PLC** CORPORATION UNITED KINGDOM 65 Buckingham Gate London SW1E 6AT ENGLAND |
| **Attorney of** | |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: **Record 19 out of 31**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | ROLLS ROYCE RR |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: [Key Blanks,] Metal Badges and Money Clips. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 014. US 002 027 028 050. G & S: Jewelry [and Silver Plated Vermouth Dispensers and Cigarette Boxes]. FIRST USE: 19610000. FIRST USE IN COMMERCE: 19610000 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Notebooks, (( Desk Blotters, Desk Pads, )) Diaries, Transfers, Decals, Letter Openers, Paperweights, [Playing Cards] and Pens. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 018. US 003. G & S: Key Fobs, Clutch Purses, Briefcases and Wallets. FIRST USE: 19610000. FIRST USE IN COMMERCE: 19610000 |
| | IC 021. US 002 033. G & S: (( Glasses, Goblets, Pitchers, Tankards, Decanters and )) Coasters. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 025. US 039. G & S: Ties. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 026. US 037 039 040 042 050. G & S: [Embroidered Patches for Clothing]. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 034. US 002 008 009 017. G & S: [Cigarette Lighters and Ashtrays]. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |

**EXHIBIT B**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 31 out of 31**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ROLLS-ROYCE |
| **Goods and Services** | IC 007. US 023. G & S: INTERNAL COMBUSTION ENGINES AND PARTS THEREOF. FIRST USE: 19060000. FIRST USE IN COMMERCE: 19060000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71359007 |
| **Filing Date** | December 6, 1934 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Registration Number** | 0325316 |
| **Registration Date** | June 18, 1935 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE**, LIMITED CORPORATION GREAT BRITAIN NIGHTINGALE ROAD DERBY ENGLAND |
| | (LAST LISTED OWNER) **ROLLS-ROYCE PLC** COMPANY BY CHANGE OF NAME FROM UNITED KINGDOM 65 BUCKINGHAM GATE LONDON, SW1E 6AT ENGLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | RUTH L. LANSNER |
| **Priority Date** | April 22, 1908 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20051004. |
| **Renewal** | 4TH RENEWAL 20051004 |
| **Live/Dead** | |

**EXHIBIT C**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: ___ OR Jump to record: **Record 30 out of 31**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RR |
| **Goods and Services** | IC 007 012. US 023. G & S: INTERNAL COMBUSTION ENGINES AND PARTS THEREOF AND VARIABLE GEARINGS BEING PARTS OF MACHINES FOR MOTOR VEHICLES AND AIRCRAFT. FIRST USE: 19070000. FIRST USE IN COMMERCE: 19070000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71381817 |
| **Filing Date** | August 4, 1936 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Registration Number** | 0343053 |
| **Registration Date** | February 9, 1937 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE** LIMITED CORPORATION GREAT BRITAIN DERBY ENGLAND |
| | (LAST LISTED OWNER) **ROLLS-ROYCE PLC** COMPANY BY CHANGE OF NAME FROM UNITED KINGDOM 65 BUCKINGHAM GATE LONDON, SW1E 6AT ENGLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | RUTH L LANSNER |

**EXHIBIT D**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start | List At:          OR  Jump  to record:      **Record 23 out of 31**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ROLLS-ROYCE |
| **Goods and Services** | IC 028. US 022. G & S: MODEL TOY CARS. FIRST USE: 19700127. FIRST USE IN COMMERCE: 19700127 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72368038 |
| **Filing Date** | August 14, 1970 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0912848 |
| **Registration Date** | June 8, 1971 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE** LIMITED CORPORATION GREAT BRITAIN NIGHTINGALE ROAD DERBY ENGLAND<br><br>(LAST LISTED OWNER) **ROLLS-ROYCE PLC** CORPORATION BY CHANGE OF NAME FROM UNITED KINGDOM 65 BUCKINGHAM GATE LONDON, SW1E 6AT ENGLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | RUTH L LANSER |
| **Prior Registrations** | 0197087;0344372;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110504. |
| **Renewal** | 3RD RENEWAL 20110504 |

**EXHIBIT E**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:          OR  Jump  to record:          **Record 22 out of 31**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ROLLS RR ROYCE |
| **Goods and Services** | IC 007. US 023. G & S: INTERNAL COMBUSTION ENGINES FOR USE IN AIRCRAFT, IN MARINE VEHICLES AND IN STATIONARY INSTALLATIONS, AND PARTS THEREOF AND POWER TRANSMISSIONS THEREFOR. FIRST USE: 19550000. FIRST USE IN COMMERCE: 19550000 |
| | IC 012. US 019. G & S: INTERNAL COMBUSTION ENGINES FOR USE IN LAND VEHICLES, AND PARTS THEREOF AND POWER TRANSMISSIONS THEREFOR. FIRST USE: 19360000. FIRST USE IN COMMERCE: 19360000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.11 - Rectangles divided twice into three sections |
| **Serial Number** | 73093465 |
| **Filing Date** | July 15, 1976 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1068022 |
| **Registration Date** | June 21, 1977 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE** (1971) LIMITED COMPANY GREAT BRITAIN P.O. BOX 31 DERBY DE2 8BJ ENGLAND |

(LAST LISTED OWNER) **ROLLS-ROYCE PLC** COMPANY BY CHANGE OF NAME FROM UNITED KINGDOM 65 BUCKINGHAM GATE LONDON SW1E 6AT ENGLAND

| | |
|---|---|
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | RUTH L LANSNER |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20070717. |
| Renewal | 2ND RENEWAL 20070717 |
| Live/Dead Indicator | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  Browse Dict  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT F**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: ____ OR **Jump** to record: ____ **Record 21 out of 31**

**TARR Status** **ASSIGN Status** **TDR** **TTAB Status** ( *Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RR |
| **Goods and Services** | IC 007. US 023. G & S: INTERNAL COMBUSTION ENGINES FOR USE IN AIRCRAFT, IN MARINE VEHICLES AND IN STATIONARY INSTALLATIONS, AND PARTS THEREOF AND POWER TRANSMISSIONS THEREFOR. FIRST USE: 19550000. FIRST USE IN COMMERCE: 19550000 |
| | IC 012. US 019. G & S: INTERNAL COMBUSTION ENGINES FOR USE IN LAND VEHICLES, AND PARTS THEREOF AND POWER TRANSMISSIONS THEREFOR. FIRST USE: 19360000. FIRST USE IN COMMERCE: 19360000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73093466 |
| **Filing Date** | July 15, 1976 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1068023 |
| **Registration Date** | June 21, 1977 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE** (1971) LIMITED COMPANY GREAT BRITAIN P.O. BOX 31 DERBY ENGLAND DE2 8BJ |
| | (LAST LISTED OWNER) **ROLLS-ROYCE PLC** COMPANY BY CHANGE OF NAME FROM UNITED |

KINGDOM 65 BUCKINGHAM GATE LONDON, SW1E 6AT ENGLAND

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | RUTH L LANSNER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20070718. |
| **Renewal** | 1ST RENEWAL 20070718 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT G**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At:          OR  **Jump**  to record:          **Record 17 out of 31**

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ROLLS RR ROYCE |
| **Goods and Services** | IC 042. US 100 101. G & S: Consulting Services by Service Representatives Relating to the Specialized Maintenance and Repair Work on Internal Combustion Engines and Gas Turbine Engines and Parts Thereof. FIRST USE: 19550000. FIRST USE IN COMMERCE: 19550000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 73205751 |
| **Filing Date** | March 1, 1979 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 14, 1981 |
| **Registration Number** | 1160411 |
| **Registration Date** | July 7, 1981 |
| **Owner** | (REGISTRANT) **Rolls-Royce** Limited LIMITED LIABILITY COMPANY UNITED KINGDOM 65 Buckingham Gate London ENGLAND SW1E 6AT

(LAST LISTED OWNER) **ROLLS-ROYCE plc** COMPANY BY CHANGE OF NAME FROM |

**EXHIBIT H**

Trademark Electronic Searcl  )stem (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:       **Record 18 out of 31**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | ROLLS ROYCE |
| **Goods and Services** | IC 006. US 013 050. G & S: (( KEY BLANKS )) METAL BADGES FOR VEHICLES AND MONEY CLIPS. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 014. US 028. G & S: JEWELRY (( AND SILVER PLATED VERMOUTH DISPENSERS AND CIGARETTE BOXES )). FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 016. US 037 038. G & S: NOTEBOOKS, (( DESK BLOTTERS, DESK PADS, )) DIARIES, TRANSFERS, DECALS, LETTER OPENERS, PAPERWEIGHTS, PLAYING CARDS AND PENS. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 018. US 003. G & S: Key Fobs, Clutch Purses, Briefcases and Wallets. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 021. US 002 033. G & S: (( GLASSES, GOBLETS, PITCHERS, TANKARDS, DECANTERS AND )) COASTERS. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 025. US 039. G & S: Ties. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 026. US 040. G & S: Embroidered Patches for Clothing. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 034. US 008. G & S: Cigarette Lighters and Ashtrays. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 037. US 103. G & S: Repair and Maintenance of Automobiles and Aircraft Engines. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |

| Serial Number | 73338236 |
|---|---|
| Filing Date | November 20, 1981 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 23, 1983 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1257391 |
| Registration Date | November 15, 1983 |
| Owner | (REGISTRANT) **Rolls-Royce** Limited COMPANY UNITED KINGDOM 65 Buckingham Gate London ENGLAND SW1E 6AT |
| | (LAST LISTED OWNER) **ROLLS-ROYCE PLC** CORPORATION BY CHANGE OF NAME FROM UNITED KINGDOM 65 BUCKINGHAM GATE LONDON ENGLAND SW1E 6AT |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20040417. |
| Renewal | 1ST RENEWAL 20040417 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

·

EXHIBIT I

Trademark Electronic Searcl ˈstem (TESS)    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 19 out of 31**

TARR Status    ASSIGN Status    TDR    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ROLLS ROYCE RR |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: [Key Blanks,] Metal Badges and Money Clips. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 014. US 002 027 028 050. G & S: Jewelry [and Silver Plated Vermouth Dispensers and Cigarette Boxes]. FIRST USE: 19610000. FIRST USE IN COMMERCE: 19610000 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Notebooks, (( Desk Blotters, Desk Pads, )) Diaries, Transfers, Decals, Letter Openers, Paperweights, [Playing Cards] and Pens. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 018. US 003. G & S: Key Fobs, Clutch Purses, Briefcases and Wallets. FIRST USE: 19610000. FIRST USE IN COMMERCE: 19610000 |
| | IC 021. US 002 033. G & S: (( Glasses, Goblets, Pitchers, Tankards, Decanters and )) Coasters. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 025. US 039. G & S: Ties. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 026. US 037 039 040 042 050. G & S: [Embroidered Patches for Clothing]. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 034. US 002 008 009 017. G & S: [Cigarette Lighters and Ashtrays]. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |

IC 037. US 103. G & S: Repair and Maintenance of Automobiles and Aircraft Engines. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.11 - Rectangles divided twice into three sections |
| **Serial Number** | 73338234 |
| **Filing Date** | November 20, 1981 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 30, 1983 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1275757 |
| **Registration Date** | May 1, 1984 |
| **Owner** | (REGISTRANT) **Rolls-Royce** Limited COMPANY UNITED KINGDOM 65 Buckingham Gate London ENGLAND SW1E 6AT<br><br>(LAST LISTED OWNER) **ROLLS-ROYCE PLC** CORPORATION BY CHANGE OF NAME FROM GREAT BRITAIN 65 BUCKINGHAM GATE LONDON, SW1E 6AT ENGLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | RUTH L. LANSNER |
| **Prior Registrations** | 0197089;1068022;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). PARTIAL SECTION 8(10-YR) 20040628. |
| **Renewal** | 1ST RENEWAL 20040628 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT J**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP` `PREV LIST` `CURR LIST`
`NEXT LIST` `FIRST DOC` `PREV DOC` `NEXT DOC` `LAST DOC`

`Logout` Please logout when you are done to release system resources allocated for you.

`Start` List At: ____ OR `Jump` to record: **Record 13 out of 31**

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RR |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: metal badges and money clips. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 008. US 023 028 044. G & S: pocket knives. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 014. US 002 027 028 050. G & S: jewelry. FIRST USE: 19610000. FIRST USE IN COMMERCE: 19610000 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: notebooks, diaries, [ transfers, ] decals, letter openers, paperweights, [ playing cards, ] and pens. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 018. US 001 002 003 022 041. G & S: golf umbrellas, tote bags, key fobs, clutch purses, briefcases, and wallets. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: coasters. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | IC 025. US 022 039. G & S: ties, baseball hats, golf shirts, sweatshirts[ , and sweaters ]. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| | (CANCELLED) IC 026. US 037 039 040 042 050. G & S: [ embroidered patches for clothing ]. FIRST |

USE: 19750000. FIRST USE IN COMMERCE: 19750000

IC 028. US 022 023 038 050. G & S: golf balls and tees. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000

IC 036. US 100 101 102. G & S: financing services. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 037. US 100 103 106. G & S: repair and maintenance of gas turbine engines; and designing, installing, maintaining, and repairing process control and instrumentation systems in the field of power generation. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 039. US 100 105. G & S: leasing of gas turbine engines. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 041. US 100 101 107. G & S: training services in the field of operations, maintenance, and repair of gas turbine engines. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 042. US 100 101. G & S: engineering and technical and business consultation services in the fields of gas turbine engines and gas turbine engine applications, including aerospace, ground and marine propulsion, electric power generation, and driving pumps and compressors; design, engineering, management, and consulting services relating to the design, development, installation, operation, and maintenance of turn-key electric power generating stations; and consulting services relating to the maintenance and repair of gas turbine engines. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

| | |
|---|---|
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 74627999 |
| Filing Date | January 31, 1995 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | February 27, 1996 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1974772 |
| Registration Date | May 21, 1996 |
| Owner | (REGISTRANT) **ROLLS-ROYCE plc** COMPANY UNITED KINGDOM 65 Buckingham Gate London SW1E 6AT ENGLAND |
| Attorney of Record | RUTH L. LANSNER |
| Prior Registrations | 0197089;1275757;AND OTHERS |
| Description of Mark | The mark consists of the letters "RR". |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070226. PARTIAL SECTION 8(10-YR) 20070226. |
| Renewal | 1ST RENEWAL 20070226 |
| Live/Dead Indicator | LIVE |

**EXHIBIT K**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: _____  OR  **Jump**  to record:      **Record 12 out of 31**

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*



**Word Mark**      RR ROLLS ROYCE

**Goods and Services**

IC 008. US 023 028 044. G & S: pocket knives. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000

IC 018. US 001 002 003 022 041. G & S: golf umbrellas, and tote bags. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000

IC 025. US 022 039. G & S: baseball hats, golf shirts, sweatshirts, and sweaters. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000

IC 028. US 022 023 038 050. G & S: golf balls and tees. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000

IC 036. US 100 101 102. G & S: financing services. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 037. US 100 103 106. G & S: repair and maintenance of gas turbine engines; and designing, installing, maintaining and repairing process control and instrumentation systems in the field of power generation. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 039. US 100 105. G & S: leasing of gas turbine engines. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 041. US 100 101 107. G & S: training services in the field of operations, maintenance, and repair

of gas turbine engines. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

IC 042. US 100 101. G & S: engineering and technical and business consultation services in the fields of gas turbine engines and gas turbine engine applications, including aerospace, ground and marine propulsion, electric power generation, and driving pumps and compressors; and design, engineering, management, and consulting services relating to the design, development, installation, operation, and maintenance of turn-key electric power generating stations. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000

| | |
|---|---|
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.11.02 - Plain single line rectangles; Rectangles (single line) 26.11.11 - Rectangles divided twice into three sections |
| Serial Number | 74628000 |
| Filing Date | January 31, 1995 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 17, 1995 |
| Registration Number | 1946820 |
| Registration Date | January 9, 1996 |
| Owner | (REGISTRANT) **ROLLS-ROYCE plc** COMPANY UNITED KINGDOM 65 Buckingham Gate London SW1E 6AT ENGLAND |
| Attorney of Record | RUTH L. LANSNER |
| Prior Registrations | 0197089;1275757;AND OTHERS |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060321. |
| Renewal | 1ST RENEWAL 20060321 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

].HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



EXHIBIT L



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:        OR | Jump | to record:        **Record 1 out of 31**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ROLLS-ROYCE

| | |
|---|---|
| **Word Mark** | ROLLS-ROYCE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Club services, namely, promoting the interests of motor car enthusiasts; advertising services. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 037. US 100 103 106. G & S: Technical advisory services in the field of maintenance and repair of motor cars. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 041. US 100 101 107. G & S: Educational services, namely, conducting discussion forums and providing courses offering technical information in the field of maintenance and repair of motor cars; museum services; library services; services of a motor car club, namely, organizing and conducting meetings and events of a social nature. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| | IC 043. US 100 101. G & S: Reservation of tourist accommodation, namely, arranging temporary housing accommodation. FIRST USE: 19970925. FIRST USE IN COMMERCE: 19970925 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76703386 |
| **Filing Date** | June 15, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 3, 2011 |

| Registration Number | 3995473 |
|---|---|
| Registration Date | July 19, 2011 |
| Owner | (REGISTRANT) **ROLLS-ROYCE PLC** CORPORATION UNITED KINGDOM 65 Buckingham Gate London, SW1E 6AT ENGLAND |
| Attorney of Record | Ruth L. Lansner |
| Prior Registrations | 0325316;0912848;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT M**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump | to record: **Record 2 out of 31**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | RR |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: MODEL TOY CARS. FIRST USE: 19780101. FIRST USE IN COMMERCE: 19780101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETS-1 RR A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 76698443 |
| **Filing Date** | July 16, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 3, 2010 |
| **Registration Number** | 3862326 |
| **Registration Date** | October 19, 2010 |
| **Owner** | (REGISTRANT) **ROLLS-ROYCE PLC** CORPORATION UNITED KINGDOM 65 Buckingham Gate London SW1E 6AT ENGLAND |
| **Attorney of** | |

| | |
|---|---|
| **Record** | Ruth L. Lansner |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the interlocking letters "RR". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT N**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Aug 7 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:        **Record 3 out of 31**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RR ROLLS ROYCE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: MODEL TOY CARS. FIRST USE: 19780101. FIRST USE IN COMMERCE: 19780101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.02 - Plain single line rectangles; Rectangles (single line) 26.11.20 - Rectangles inside one another 26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | LETS-1 RR A single letter, multiples of a single letter or in combination with a design SHAPES-BAR-BANDS Designs with bar, bands or lines SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 76698439 |
| **Filing Date** | July 16, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 20, 2010 |
| **Registration Number** | 3812394 |
| **Registration Date** | July 6, 2010 |

| Owner | (REGISTRANT) **ROLLS-ROYCE PLC** CORPORATION UNITED KINGDOM 65 Buckingham Gate London SW1E 6AT ENGLAND |
| Attorney of Record | Ruth L. Lansner |
| Prior Registrations | 1275757;1946820 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a rectangle divided twice into three sections with the word "ROLLS" in the top rectangle, the interlocking letters "RR" in the middle rectangle and the word "ROYCE" in the bottom rectangle. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT O**





**Navigation**
· Contact
· First Tattoo?
· Tattoos
· Piercings
· Photography
· Fine Art
· Books
· Links
· Email Me









Buy Aftercare
Ointment
Add to Cart

'Rolls' Royce Tattoo studio and Art Gallery is located at:
**14260 Lakeshore dr. in Clearlake, CA. 95422
(707)995-0141**





Studio hours are Tuesday-Saturday 12pm-9pm. Sunday, Monday,
and extended times by appointment only.
We accept cash and most credit cards, sorry - no checks.



Share us on facebook.

**'Rolls' Royce Tattoo Studio is also a modern art gallery
featuring the works of many local artists and also serves as
the base of operations for the art of Royce A. Davis. To learn
about Royce's art please use the buttons below, or the links
to the left of this page.**



**'Rolls' Royce Tattoo uses organic and vegan safe inks/pigments/cleansers/aftercare products and nitrile disposables.**

"Rolls" Royce Davis started tattooing professionally in 2000. He attended the Empire School of Body art in Portland Oregon and Gotham Body Piercing llc. in San Francisco California. He has been featured in many magazines including TATTOO FLASH and PAIN. Although he is a tattoo world traveller, Clearlake is his permanent home.







Copyright © 2009, 2010, 2011, 2012 Royce A. Davis, 'Rolls'Royce
Tattoo Studio and Art Gallery 14260 Lakeshore dr. Clearlake, CA.
95422 (707)995-0141©. All rights reserved. Please do not use
without permission.

Create a free website with