Charles L. Coleman III (SBN 65496)
Adanna Love (SBN 280538)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
adanna.love@hklaw.com

Attorneys for Plaintiff
ROLLS-ROYCE plc


ROYCE A. DAVIS
*In Propria Persona*
14260 Lakeshore Drive
Clearlake, CA 95422
Telephone: (707) 995-0141
royce@roycedavisimaging.com

Defendant *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLLS-ROYCE plc,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROYCE A. DAVIS, individually and doing business as 'Rolls' Royce Tattoo Studio and Art Gallery, Rolls Royce Studios, Rolls Royce Tattoo, Rolls Royce Tattoos and www.rollsroycetattoos.com,<br><br>　　　　　　Defendant. | Civil Action No. CV 12-4528 DMR<br><br>STIPULATION AND ORDER<br>[Local Rule 7-12] |

## STIPULATION

This Stipulation is made and entered into by and between plaintiff Rolls-Royce plc, a corporation organized and existing under the laws of England with its principal place of business in London, England, acting by and through its undersigned authorized attorneys (hereinafter, "Rolls-

Royce") and defendant *pro se* Royce A. Davis, an individual resident of Lake County, California who has done business under the business names, " 'Rolls' Royce Tattoo Studio and Art Gallery", " 'Rolls' Royce Tattoo Studio", " 'Rolls' Royce Tattoo", "Rolls Royce Tattoos" and "rollsroycetattoos.com", and operating a place of business located at 14260 Lakeshore Drive, Clearlake, California (hereinafter, "Davis").

It is hereby stipulated and agreed as follows between Rolls-Royce and Davis with reference to the above-captioned action:

1. This Court has jurisdiction over this action and the undersigned parties.

2. Plaintiff Rolls-Royce plc is a corporation organized and existing under the laws of England, with its principal place of business in London, England.

3. Defendant Davis is an individual resident of Lake County, California with his principal place of business at 14260 Lakeshore Drive, Clearlake, California.

4. Since at least 1907 and continuously to date, Rolls-Royce and its predecessor in interest have adopted and used the name, "Rolls-Royce", the Rolls-Royce insignia of the interlocked letters "RR" and the Rolls-Royce "badge" (hereinafter, the "Rolls-Royce Marks") in connection with its business operations. The Rolls-Royce Marks have been recognized as famous.

5. Rolls-Royce is the owner of several United States trademark registrations for the Rolls-Royce Marks, which are described more fully in paragraphs 8-15 and Exhibits A-N of plaintiff Rolls-Royce's complaint, which are incorporated herein by reference.

6. Davis has operated an unincorporated business based in Clear Lake, California using the names, " 'Rolls' Royce Tattoo Studio and Art Gallery", " 'Rolls' Royce Tattoo Studio", " 'Rolls' Royce Tattoo", and "Rolls Royce Tattoos". Davis also has maintained a web site under the name, "rollsroycetattoos.com" and an email address under the name, "rollsroycetattoos@gmail.com". Davis has used the foregoing business names and operated the rollsroycetattoos.com web site and rollsroycetattoos@gmail.com email address without authorization from Rolls-Royce.

7. On August 30, 2012, after being served with the Complaint in this matter, Davis sent an email to counsel for Rolls-Royce advising that he had: (a) Changed his website URL to refer the public to "Royce Davis Tattoo" and to "www.RoyceDavisTattoos.com"; (b) Changed the name

on his current business license, facebook, twitter, business cards, aftercare pamphlets, release forms, listing with the local Chamber of Commerce, and telephone answering message to refer to "Royce Davis Tattoo" or "RoyceDavisTattoos.com" and not to " 'Rolls' Royce Tattoos" or variants thereof; and (c) Submitted requests to have his Google and other assorted search sites changed so as no longer to refer to " 'Rolls' Royce Tattoos" or variants thereof.

8. In view of Davis' actions in response to Rolls-Royce's Complaint, and in view of his willingness to enter into this Stipulation and Order and the undertakings set out herein, it has been agreed between Rolls-Royce and Davis that this matter should be settled through the entry of this Stipulation and Order, without further litigation.

9. In settlement of this action, Davis, for himself and his agents, employees, successors and assigns agrees permanently to cease from using the names " 'Rolls' Royce", "Rolls Royce", or any of the Rolls-Royce Marks described above, or variants thereof, as part of his business or in any manner in connection with the conduct of his business, either alone or in connection with other words.

10. Davis shall not hereafter use the names " 'Rolls' Royce", "Rolls Royce", or any of the Rolls-Royce Marks describe above or variants thereof in his business title, business office, stationery, email address, telephone and other listings, signs, advertising, promotional material or elsewhere. Without limiting the foregoing, Davis agrees not to use the "rollsroycetattoos@gmail.com" address and to delete said account with Google.

11. For the purpose of facilitating a transition of his online customers from "rollsroycetattoos.com" to "RoyceDavisTattoos.com", Davis may continue to maintain registration of the domain name "rollsroycetattoos.com" in his name until **November 30, 2012**, provided that: (a) The web page will continue to display only the message that: "We've moved!! Our website has changed. Please change your bookmarks to www.RoyceDavisTattoos.com"; and (b) By November 30, 2012, Davis shall have transferred the registration and ownership of the domain name, "rollsroycetattoos.com" to Rolls-Royce, which shall be effected by Davis requesting that the domain registration be unlocked for transfer by his Registrar, Network Solutions, and by Davis sending the "auth code" via email to Rolls-Royce at domains@rolls-royce.com. Rolls-Royce shall

1 | be solely responsible for paying any fees or costs imposed by web site administrators for
2 | transferring the registration and ownership of the domain name, "rollsroycetattoos.com" to Rolls-
3 | Royce. No use of the "Rolls-Royce" name and mark pursuant to this paragraph prior to November
4 | 30, 2012 shall be deemed a grant of a license of any other right in the "Rolls-Royce" name or mark
5 | but is solely to accommodate a settlement of this matter.

6 |     12.    Conditioned and contingent upon Davis' full and complete adherence to and
7 | observance of all terms and conditions of this Stipulation-Order, Rolls-Royce hereby waives,
8 | releases and abandons any and all monetary claims it may have against Davis.

9 |     13.    Upon entry by the Court of the Order following this Stipulation, this action shall be
10 | dismissed, with each party to bear its own costs and attorneys' fees. It is understood and agreed that
11 | the Court shall retain continuing jurisdiction over the parties and the subject matter of this action in
12 | order to supervise and insure strict adherence to the provisions of this Stipulation-Order.

13 |     14.    This Stipulation-Order shall be binding upon and inure to the benefit of the parties
14 | hereto and their respective heirs, successors, personal representatives, and assigns.

**IT IS SO STIPULATED.**

Dated: September 7, 2012

| **ROLLS-ROYCE PLC** | **ROYCE A. DAVIS** |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
|     Charles L. Coleman III |     Royce A. Davis |
| Its: Attorney-in-Fact | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2012

_[signature]_
IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge

-4-

STIPULATION AND ORDER      Case No. CV-12-4528 DMR