United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLS-ROYCE PLC, | No. C-12-04528 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| ROYCE A DAVIS, | |
| Defendant(s). | |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the stipulated settlement agreement. *See* Docket No. 5.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: September 25, 2012

DONNA M. RYU
United States Magistrate Judge